**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In the Interest of M.R., a Child

Appellate case number:      01-20-00845-CV

Trial court case number:     2001-21974

Trial court:                         311th District Court of Harris County

Alicia K. Fortson, court-appointed counsel for appellant, L.M.B., in this appeal from a case involving a termination of parental rights, has filed a brief in which she concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). Appellant has filed a "Pro Se Motion for Access to Appellate Record," to allow her to review the record and file a response to counsel's *Anders* brief.

Appellant's motion is **granted**. Accordingly, we direct the trial court clerk to furnish the clerk's record to appellant within fifteen days of the date of this order, at no cost to appellant. *See* TEX. R. CIV. P. 145(a), (c). We further direct the court reporter to furnish the reporter's record to appellant within fifteen days of the date of this order, at no cost to appellant. *See* TEX. R. CIV. P. 145(a), (c).

We further direct the trial court clerk and the court reporter to certify to this Court the date on which delivery of the record to appellant is made. **Appellant's pro se response to counsel's *Anders* brief is due within thirty days of the date she is provided with the clerk's record or reporter's record, whichever is later.**

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
              ☑Acting individually     ☐ Acting for the Court

Date: __March 2, 2021___